TOMMY D. LAY II,

      Appellant,

v.

KBB/ESIS WC CLAIMS,

      Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4486

Opinion filed September 7, 2017.

An appeal from an order of Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident: March 16, 2013.

Tommy D. Lay, pro se, Appellant.

Isabel Alcocer and Gary M. Schloss of Hayes, Schloss & Alcocer, P.A., West Palm
Beach, for Appellees.

PER CURIAM.

     AFFIRMED.

WINOKUR, JAY, and M. K. THOMAS, JJ., CONCUR.